## COMMONWEALTH of Pennsylvania, Respondent

v.

Harry Leo LICIAGA, Petitioner

### No. 453 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

104

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**